UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS FARROW,<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br>Defendant. | Civil Action No.: 2:16-cv-00166<br><br>CHIEF JUDGE SARGUS<br><br>MAGISTRATE JUDGE KEMP |

## ORDER

The parties' Joint Motion for Remand (ECF No. 17) is **GRANTED**. It is hereby ORDERED that the Commissioner's decision is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the ALJ's decision (dated June 3, 2014), and will remand the matter to an ALJ to conduct further proceedings. In doing so, the case will be consolidated with the case previously remanded by this Court, Case No. 2:13-cv-1026 (SDOH) (relating to an ALJ decision dated April 17, 2012), and the ALJ will issue one new decision covering the time period, beginning December 18, 2008, through the date of the ALJ's new decision on remand.

In addition, the hearing set for September 28, 2016 will be rescheduled, so that one hearing can be held for the time period described above.

Pursuant to the Joint Motion, the Court also **WITHDRAWS** Plaintiff's pending Motion for a Temporary Restraining Order and a Motion for Preliminary Injunction to Halt Remand Hearing While Subordinate Claim is Reviewed pursuant to Plaintiff's Request in the Joint Motion for Remand (ECF No. 15).

**IT IS SO ORDERED**.

Date: 9-27-2016

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE